IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY E. CRISCI, | ) | |
| | ) | |
| Plaintiff, | ) | NO. 2:07-cv-1331 DSC |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant & Third-<br>Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLE L. MCCONNELL | ) | |
| | ) | |
| and | ) | |
| | ) | |
| H. BRIAN CRISCI | ) | |
| | ) | |
| Third-party Defendants. | ) | |

## ORDER

And NOW, this 7th day of __April__, 2008, it is

ORDERED that the Parties' Joint Motion for Appointment of a New Neutral to Act as Arbitrator is GRANTED;

ORDERED that this case be referred to non-binding arbitration;

ORDERED that ___Alice Stewart___ is appointed as neutral in this case in place of Thomas D. Arbogast;

ORDERED that the arbitration shall take place on or before __June 6__, 2008; it is further

3000136.1

ORDERED that the parties shall pay the early neutral evaluator at the agreed hourly rate for his services rendered to date, with costs to be split equally between the plaintiff and the United States.

s/ David Stewart Cercone
_____
UNITED STATES DISTRICT JUDGE

Copies to:

Brian J. Kahle
Minto Law Group
Two Gateway Center
60 Stanwix Street Suite 2025
Pitsburgh, PA 15222
bkahle@mintolaw.com

Yonatan Gelblum
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Yonatan.Gelblum@usdoj.gov

Thomas D. Arbogast
120 Fifth Avenue
Suite 2700
Pittsburgh, PA 15222

3000136.1